NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

DEC 20 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ERICK OSWALDO ALVAREZ ARIAS, Erick O. Alvarez, AKA Erick Oswaldo Alvarez, <br><br>               Petitioner, <br><br>  v. <br><br>JEFFERSON B. SESSIONS III, Attorney General, <br><br>               Respondent. | No.   15-73038 <br><br> Agency No. A043-279-804 <br><br> MEMORANDUM* |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted December 18, 2017**

Before:     WALLACE, SILVERMAN, and BYBEE, Circuit Judges

     Erick Oswaldo Alvarez Arias, a native and citizen of Guatemala, petitions

for review of the Board of Immigration Appeals' order dismissing his appeal from

an immigration judge's decision denying cancellation of removal, asylum, and

---

     \* This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

     \*\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

withholding of removal. We have jurisdiction under 8 U.S.C. § 1252. We review de novo whether an offense qualifies as an aggravated felony. *Carlos-Blaza v. Holder*, 611 F.3d 583, 587 (9th Cir. 2010). We deny the petition for review.

Alvarez Arias' conviction for possession of marijuana for sale under California Health and Safety Code § 11359 is categorically an aggravated felony under 8 U.S.C. § 1101(a)(43)(B). *See Roman-Suaste v. Holder*, 766 F.3d 1035, 1039 (9th Cir. 2014) (holding conviction under statute to be a categorical aggravated felony after considering *Moncrieffe v. Holder*, 569 US 184 (2013)). Accordingly, the agency did not err in finding him ineligible for cancellation of removal and asylum. *See* 8 U.S.C. §§ 1158(b)(2)(A)(ii), (b)(2)(B)(i); 1229b(a).

**PETITION FOR REVIEW DENIED.**